IN THE COURT OF THE NINTH
JUDICIAL CIRCUIT, IN AND FOR
OSCEOLA COUNTY, FLORIDA

CASE NO

LEE MILLER & RITA MILLER

    Plaintiffs,

vs.

SIRAJ/SIRAAJ MEHDI, BUDGET RENT A
CAR SYSTEM, INC., a foreign profit
corporation, & PV HOLDING CORP ,
a foreign profit corporation,

    Defendants.

_____/

## COMPLAINT

  The Plaintiffs, LEE MILLER and RITA MILLER, sues the Defendants, SIRAJ/SIRAAJ MEHDI, BUDGET RENT A CAR SYSTEM, INC., a foreign profit corporation (hereinafter "BUDGET"), and PV HOLDING CORP., a foreign profit corporation (hereinafter "PV HOLDING"), and alleges:

  1. This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00), arising in Osceola County, Florida.

  2 At all times material to this cause, Defendants, BUDGET and PV HOLDING are foreign corporations authorized to do business in the State of Florida.

  3. On or about December Thirty-First, Two Thousand and Seven, upon information and belief the Defendant, PV HOLDING, owned a vehicle leased to Defendant, BUDGET, and with the express or implied consent of Defendant, BUDGET, Defendant, SIRAJ/SIRAAJ MEHDI, operated such motor vehicle on SR 535 in Kissimmee, Osceola County, Florida


DEFENDANT'S EXHIBIT A

1

4    Upon information and belief, at all times material to this cause, the Defendant, SIRAJ/SIRAAJ MEHDI was a non-resident of Florida, providing a Canadian driver's license to the police officer at the scene of the crash; therefore, he accepted the privileges extended by Florida law of operating a motor vehicle within Florida and thereby constituted the Secretary of State of Florida as the Defendant, SIRAJ/SIRAAJ MEHDI'S agent for the service of process in any civil action in Florida arising our of or by reason of any accident or collision occurring within Florida in which the motor vehicle is involved

## COUNT I AGAINST SIRAJ/SIRAAJ MEHDI

Plaintiff, LEE MILLER, re-alleges paragraphs 1-4 and adopts paragraphs 17-21, and further says as follows.

5    At that time and place, Defendant, SIRAJ/SIRAAJ MEHDI, negligently operated the subject vehicle causing a rear-end collision involving the Plaintiff, LEE MILLER who had stopped due to traffic ahead.

6.    As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, LEE MILLER has suffered damages as more fully set forth below

## COUNT II AGAINST BUDGET

Plaintiff, LEE MILLER, re-alleges paragraphs 1-6 and adopts paragraphs 17-21, and further says as follows

7      Upon information and belief, at all times material to this cause, Defendant, SIRAJ/SIRAAJ MEHDI was given express or implied consent to operate the subject motor vehicle owned by Defendant, BUDGET Therefore Defendant, BUDGET, is vicariously liable under the doctrine of "dangerous instrumentality"

8      As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, LEE MILLER has suffered damages as more fully set forth below for which the Defendant, BUDGET, is vicariously liable under the doctrine of "dangerous instrumentality"

## COUNT III AGAINST PV HOLDING

Plaintiff, LEE MILLER, re-alleges paragraphs 1-6 and adopts paragraphs 17-21, and further says as follows

9.      Upon information and belief, at all times material to this cause, Defendant, SIRAJ/SIRAAJ MEHDI was given express or implied consent to operate the subject motor vehicle owned by Defendant, PV HOLDING Therefore Defendant, PV HOLDING, is vicariously liable under the doctrine of "dangerous instrumentality"

10      As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, LEE MILLER has suffered damages as more fully set forth below for which the Defendant, PV HOLDING, is vicariously liable under the doctrine of "dangerous instrumentality".

## COUNT IV AGAINST SIRAJ/SIRAAJ MEHDI

Plaintiff, RITA MILLER, re-alleges paragraphs 1-4 and adopts paragraphs 17-21, and further says as follows·

11. At that time and place, Defendant, SIRAJ/SIRAAJ MEHDI, negligently operated the subject vehicle causing a rear-end collision involving the Plaintiff, RITA MILLER who had stopped due to traffic ahead.

12. As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, RITA MILLER has suffered damages as more fully set forth below.

## COUNT V AGAINST BUDGET

Plaintiff, RITA MILLER, re-alleges paragraphs 1-4, 11-12 and adopts paragraphs 17-21, and further says as follows:

13. Upon information and belief, at all times material to this cause, Defendant, SIRAJ/SIRAAJ MEHDI was given express or implied consent to operate the subject motor vehicle owned by Defendant, BUDGET Therefore Defendant, BUDGET, is vicariously liable under the doctrine of "dangerous instrumentality"

14. As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, RITA MILLER has suffered damages as more fully set forth below for which the Defendant, BUDGET, is vicariously liable under the doctrine of "dangerous instrumentality".

## COUNT VI AGAINST PV HOLDING

Plaintiff, RITA MILLER, re-alleges paragraphs 1-4, 11-12 and adopts paragraphs 17-21, and further says as follows

4

15. Upon information and belief, at all times material to this cause, Defendant, SIRAJ/SIRAAJ MEHDI was given express or implied consent to operate the subject motor vehicle owned by Defendant, PV HOLDING. Therefore Defendant, PV HOLDING, is vicariously liable under the doctrine of "dangerous instrumentality"

16. As a direct and proximate result of the negligence of the Defendant, SIRAJ/SIRAAJ MEHDI, the Plaintiff, RITA MILLER has suffered damages as more fully set forth below for which the Defendant, PV HOLDING is vicariously liable under the doctrine of "dangerous instrumentality".

## DAMAGES

17. As a direct and proximate result of the above-mentioned accident, the Plaintiff, LEE MILLER, has suffered permanent bodily injury which resulted in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and the aggravation of a previously existing condition, if any These losses are either permanent or continuing within a reasonable degree of medical probability, the Plaintiff, LEE MILLER, will continue to suffer these losses in the future

18. As a direct and proximate result of the above-mentioned accident, the Plaintiff, RITA MILLER, has suffered permanent bodily injury which resulted in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and the aggravation of a previously existing condition, if any These losses are

either permanent or continuing within a reasonable degree of medical probability, the Plaintiff, RITA MILLER, will continue to suffer these losses in the future

19. As a direct and proximate result of the above-mentioned accident, the Plaintiff, RITA MILLER, the spouse of Plaintiff, LEE MILLER, has lost the companionship and services of her husband, her comfort and happiness in her society with her husband has been impaired, she had endured undue inconvenience and hardship for an indeterminable period of time to fulfill the needs and requirements of her husband, and it appears that such deprivations and impairments will continue in the future

20. As a direct and proximate result of the above-mentioned accident, the Plaintiff, LEE MILLER, the spouse of Plaintiff, RITA MILLER, has lost the companionship and services of his wife, his comfort and happiness in his society with his wife has been impaired, he had endured undue inconvenience and hardship for an indeterminable period of time to fulfill the needs and requirements of his wife, and it appears that such deprivations and impairments will continue in the future.

21. Plaintiff's automobile was damaged and the Plaintiffs lost the use of it during the period required for its repair or replacement.

WHEREFORE, the Plaintiffs, LEE MILLER & RITA MILLER, demand judgment against the Defendants, SIRAJ/SIRAAJ MEHDI, BUDGET RENT A CAR SYSTEM INC , a foreign profit corporation, and PV HOLDING CORP , a foreign profit corporation, for compensatory damages in excess of Fifteen Thousand Dollars ($15,000 00) exclusive of costs and interest together with costs and prejudgment interest for that portion of the compensatory damages which have been previously liquidated, and any other relief to which the Plaintiffs, LEE MILLER & RITA MILLER may be entitled and the Plaintiffs demand a trial by jury of all issues so triable.

Dated this 6th day of December, 2011

_____
Jeffrey M Byrd, Esquire
Florida Bar # 0959596
Jeffrey M Byrd, P.A
2620 E. Robinson Street
Orlando, FL 32803
(407)423-1313
Attorney for Plaintiff

7