# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LEE MILLER AND RITA MILLER,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No.  6:12-cv-339-Orl-31TBS

**SIRAJ/SJRAAJ MEHDI; BUDGET RENT A CAR SYSTEM, INC.; and PV HOLDING CORP.,**

      **Defendants.**

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Report of Mediation (Doc. No. 25), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 26, 2012.

                                                  GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party